**Order entered June 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00559-CV

**ANGELA EVANS, Appellant**

**V.**

**DAVID ARTHUR, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00536-2014**

## ORDER

Before the Court is appellant's June 13, 2014 motion for emergency stay in which appellant asks the Court to reduce the amount of supersedeas bond ordered by the trial court in this action during the pendency of her appeal. Although by order dated May 27, 2014, this Court abated this case because it was notified that appellant had filed a petition for bankruptcy in the United States Bankruptcy Court, appellant has now provided the Court with a copy of an order of the United States Bankruptcy Court for the Eastern District of Texas, in which the bankruptcy court has concluded the automatic stay does not operate as a stay of the continuation of this suit. Accordingly, we **ORDER** this case reinstated upon the Court's docket. We **DENY** relator's motion for emergency stay. TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal unless, within 10

days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.")

/s/ ADA BROWN
JUSTICE